UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 4:21-CR-00539 RWS/JMB |
| | ) | |
| **MICHAEL J. MCCORMAC,** | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE AS COUNSEL FOR DEFENDANT

COMES NOW Eugene O. Howard, and hereby enters his appearance Defendant on behalf of Michael J. McCormac in the above-styled cause.

 /s/ Eugene O. Howard
EUGENE O. HOWARD
Attorney for Defendant
217 N. 10th Street, Suite 200
Saint Louis, MO  63101
Phone:  (314) 621-8600
ehowardlaw@earthlink.net

### CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: all Attorneys of record.

 /s/ Eugene O. Howard