**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 4:21-CR-00539 RWS/JMB |
| ) | |
| **MICHAEL J. MCCORMAC,** ) | |
| ) | |
| Defendant. ) | |

**<u>MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS OR WAIVER</u>**

COMES NOW Eugene O. Howard, the undersigned counsel for Defendant, Michael J. McCormac, and respectfully moves the court for an extension of time to file Pre-Trial Motions or a Waiver thereof. As grounds for this request, the undersigned states to the Court as follows:

1. Defendant was arraigned on the Indictment in this cause on October 18, 2021.

2. Counsel received the initial batch of electronically formatted Rule 16 Discovery documents from the government in this matter on October 30, 2021. The discovery tendered by the government is quite voluminous and contains approximately 41,000 pages of reports, interviews, and documents seized during the search warrant in this case. In addition, the Discovery contains approximately 10,000 recorded telephone calls, of which 5,000 or so are of some substance to the charges set forth in the indictment. Counsel for the parties have scheduled a

meeting on November 30, 2021 to review and discuss the relevant Discovery.

3. Although counsel has initially begun his review the Discovery, counsel anticipates a thorough review of the voluminous Discovery described in paragraph 2 of this Motion will take approximately 100 hours to complete.

4. Counsel reasonably requires additional time to complete a thorough review of the Rule 16 Discovery, meet with Mr. McCormac to review Discovery and determine the propriety of Pre-Trial Motions or a Waiver thereof.

5. In view of the foregoing and previously scheduled Hearings and pleading deadlines in counsel's other cases, counsel reasonably believes he will require an additional 60 to 90 days to complete a thorough review of the all discovery, meet with Mr. McCormac to thoroughly review that discovery, to discuss Pre-Trial Motions or a Waiver.

6. Defendant's motion is made in good faith and not for any improper purpose. The granting of Defendant's requested continuance will work no prejudice on any of the parties to this matter and outweighs the public interest in a speedy trial.

7. The undersigned has discussed the extension requested herein with counsel for the government and the government does not oppose the Court granting an extension of time in this cause.

WHEREFORE, Defendant, Michael J. McCormac respectfully request this Court to grant an extension of time to file Pre-Trial Motions or a Waiver thereof for a period of 60 to 90 days.

 /s/ Eugene O. Howard
EUGENE O. HOWARD
Attorney for Defendant
217 N. 10th Street, Suite 200
Saint Louis, MO  63101
Phone:  (314) 621-8600
ehowardlaw@earthlink.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: all Attorneys of record.

/s/ Eugene O. Howard