UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:21-cr-00539-RWS-JMB |
| | ) | |
| MICHAEL J. MCCORMAC, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW John T Davis of KesslerWilliams, LLC, and hereby enters his appearance for defendant Michael J. McCormac in the above-styled cause.

Dated: November 29, 2021    Respectfully submitted,

/s/ John T Davis
John T Davis, #40915MO
1401 South Brentwood Boulevard, Suite 950
St. Louis, Missouri 63144
Phone: (314) 863-6363
Fax: (314) 727-2869
E-Mail: John.Davis@KesslerWilliams.com

*Attorney for Defendant Michael J. McCormac*

## **CERTIFICATE OF SERVICE**

I hereby certify on the 29th day of November, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

/s/ John T Davis
John T Davis