UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: 4:21-CR-00539 RWS/JMB ) |
| **MICHAEL J. MCCORMAC,** | ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Eugene O. Howard, and hereby moves the Court for leave to withdraw as counsel for Defendant Michael J. McCormac the above-styled cause. As grounds for this request, the undersigned states the following:

1. Defendant informed the undersigned counsel in writing on November 28, 2021 that he was terminating counsel's representation because he had retained new counsel, John Davis, to represent him in all further proceedings in this matter.

2. Mr. Davis has entered his appearance on behalf of Defendant in the above-styled cause.

WHEREFORE, the undersigned counsel respectfully moves the Court for leave to withdraw as counsel of record for Defendant Michael J. McCormac the above-styled cause.

1

/s/ Eugene O. Howard
EUGENE O. HOWARD
Attorney for Defendant
217 N. 10th Street, Suite 200
Saint Louis, MO  63101
Phone:  (314) 621-8600
ehowardlaw@earthlink.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: all Attorneys of record.

/s/ Eugene O. Howard