UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21 CR 539 RWS |
| | ) | |
| MICHAEL MCCORMAC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

Given the agreement of the parties as set out in ECF 158 and the acknowledgement of the Clerk's Office that it will hold the funds in its escrow account pending resolution of appeal(s) before the Eighth Circuit Court of Appeals,

**IT IS HEREBY ORDERED** that to defendant's request to stay garnishment proceedings pending appeal [148-2] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of November, 2024.