UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21 CR 539 RWS |
| MICHAEL MCCORMAC, | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

Given the parties' prior agreement set out in ECF 158 to hold the funds in the escrow account of the Clerk's Office pending resolution of appeal(s) before the Eighth Circuit Court of Appeals,

**IT IS HEREBY ORDERED** that defendant's motion for release of funds [160] is denied.

**IT IS FURTHER ORDERED** that defendant's request for appointment of CJA counsel, contained within his reply brief (ECF 163), is denied without prejudice to filing an appropriate motion for appointment of counsel subject to plaintiff's right to oppose such a motion within the time limitations set out in the Court's local rules.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of December, 2024.